UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.H.F.,

                                Petitioner,

        -against-

PAUL ARTETA, in his official capacity as Sheriff
of Orange County, New York and Warden of the
Orange County Correctional Facility; KENNETH
GENALO, in his official capacity as Field Office
Director of New York, Immigration and Customs
Enforcement; TODD LYONS, in his official
capacity as Acting Director U.S. Immigrations and
Customs Enforcement; MARKWAYNE MULLIN
in his official capacity as Secretary of Homeland
Security; and TODD BLANCHE, in his official
capacity as Acting Attorney General,

                                Respondents.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/15/2026

26 Civ. 4076 (AT)

**ORDER**

---

ANALISA TORRES, District Judge:

The Court is in receipt of Petitioner's application for a writ of habeas corpus under 22 U.S.C. § 2241. *See* ECF No. 1. Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order. Counsel for Respondents shall promptly enter an appearance.

SO ORDERED.

Dated: May 15, 2026
       New York, New York

                                _____
                                ANALISA TORRES
                                United States District Judge